605 A.2d 1228

**In re Nomination Petition of Mike ADAMS, Candidate for Election to the United States House of Representatives.**

**Appeal of Matthew M. SARSFIELD.**

**Nos. 30 M.D. Appeal Dkt. 1992, 127 M.D. 1992.**

Supreme Court of Pennsylvania.

April 30, 1992.

Karen M. Balaban, Harrisburg.

584

ORDER

PER CURIAM:

AND NOW, this 27th day of April, 1992, jurisdiction is noted and the order of the Commonwealth Court dated April 2, 1992, is affirmed.